UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| LEELA ABRAHAM, et al., | : Case No. 12-cv-4686 (WFK) (JO) |
| Plaintiffs, | : **CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| AMERICAN HOME MORTGAGE SERVICING, INC., et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Select Portfolio Servicing, Inc., its Successors, Assigns, and Predecessors in Interest ("SPS"), files the following Corporate Disclosure Statement. SPS reserves the right to supplement this statement as needed.

(1)  Select Portfolio Servicing, Inc. is a Utah corporation that is wholly owned by SPS Holding Corp.;
(2)  SPS Holding Corp. is a Delaware corporation that is wholly owned by Credit Suisse (USA), Inc.; and
(3)  Credit Suisse (USA), Inc. is a Delaware corporation whose shares are publicly traded.

Dated: New York, New York
       October 9, 2012

                                        LOCKE LORD LLP

                                  By:   /s/ R. James DeRose, III
                                        R. James DeRose, III (RD-9660)

                                        /s/ Joseph N. Froehlich
                                        Joseph N. Froehlich (JF-5221)
                                        3 World Financial Center
                                        New York, New York 10281
                                        Phone: 212-415-8600
                                        Fax: 212-303-2754
                                        rderose@lockelord.com
                                        jfroehlich@lockelord.com
                                        *Attorneys for Defendant Select Portfolio Servicing, Inc.*