UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEELA ABRAHAM, et al.,

                Plaintiffs,

-against-                    Case No.: 12-cv-4686
                                                    (WFK)

AMERICAN HOME MORTGAGE SERVICING, INC.,
et al.,

                Defendants.

## STIPULATION TO ESTABLISH A DEADLINE FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiffs and Defendant, Carrington Mortgage Services, LLC, ("Carrington"), stipulate and agree as follows:

1. Plaintiffs commenced this action on May 3, 2012 and filed a First Amended Complaint on July 30, 2012.

2. Carrington has agreed to waive service of the First Amended Complaint.

3. Plaintiff has agreed that the deadline for the undersigned Defendant to respond to the First Amended Complaint shall be November 27, 2012.

Dated:    Elmsford, New York
            October 2, 2012

| THE RESOLUTION LAW GROUP, PC | KNUCKLES KOMOSINSKI & ELLIOTT, LLP. |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 100 Park Avenue – Suite 1600 | Carrington Mortgage Services, LLC |
| New York, NY 10017 | 565 Taxter Road, Suite 590 |
| Telephone: (866) 553-0747 | Elmsford, NY 10523 |
| Facsimile: (866) 513-6306 | Telephone: (914) 345-3020 |
| | Facsimile: (914) 366-0080 |
| By: _____ | By: _____ |
| PHILIP R. BERWISH, ESQ. | JORDAN J. MANFRO, ESQ. |
| *Of Counsel* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                        **KNUCKLES KOMOSINSKI & ELLIOTT, LLP.**
                        Attorneys for Defendant
                        Carrington Mortgage Services, LLC
                        565 Taxter Road, Suite 590
                        Elmsford, NY 10523
                        Telephone: (914) 345-3020
                        Facsimile: (914) 366-0080

                        By: /s/ Jordan J. Manfro
                              JORDAN J. MANFRO, ESQ.