UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEELA ABRAHAM, et al.,

                Plaintiffs,

-against-                        Case No.: 12-cv-4686
                                      (WFK)

AMERICAN HOME MORTGAGE SERVICING, INC.,
et al.,

                Defendants.

## STIPULATION TO ESTABLISH A DEADLINE FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiffs and Defendant, Carrington Mortgage Services, LLC, ("Carrington"), stipulate and agree as follows:

1. Plaintiffs commenced this action on May 3, 2012 and filed a First Amended Complaint on July 30, 2012.

2. Carrington has agreed to waive service of the First Amended Complaint.

3. Plaintiff has agreed that the deadline for the undersigned Defendant to respond to the First Amended Complaint shall be November 27, 2012.

Dated:     Elmsford, New York
             October 2, 2012

**THE RESOLUTION LAW GROUP, PC**        **KNUCKLES KOMOSINSKI & ELLIOTT, LLP.**
Attorneys for Plaintiffs                              Attorneys for Defendant
100 Park Avenue – Suite 1600               Carrington Mortgage Services, LLC
New York, NY 10017                                   565 Taxter Road, Suite 590
Telephone: (866) 553-0747                   Elmsford, NY 10523
Facsimile: (866) 513-6306                     Telephone: (914) 345-3020
                                                      Facsimile: (914) 366-0080

By: _____           By: _____
      PHILIP R. BERWISH, ESQ.                      JORDAN J. MANFRO, ESQ.
      *Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

**KNUCKLES KOMOSINSKI & ELLIOTT, LLP.**
Attorneys for Defendant
Carrington Mortgage Services, LLC
565 Taxter Road, Suite 590
Elmsford, NY 10523
Telephone: (914) 345-3020
Facsimile: (914) 366-0080

By: /s/ Jordan J. Manfro
    JORDAN J. MANFRO, ESQ.

The application is ✓ granted.
SO ORDERED ___ denied.
s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: October 9, 2012
       Brooklyn, New York