UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
LEELA ABRAHAM, et al., : Case No. 12-cv-4686 (WFK) (JO)
:
        Plaintiffs, : **NOTICE OF APPEARANCE**
vs. :
:
AMERICAN HOME MORTGAGE SERVICING, :
INC., et al., :
:
        Defendants. :
------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Locke Lord LLP, by the undersigned attorneys, hereby appears as counsel for Defendant Aurora Loan Services, LLC in the above-captioned action.

Dated: New York, New York
       October 11, 2012

                  LOCKE LORD LLP

              By:  /s/ Joseph N. Froehlich
                   Joseph N. Froehlich (JF-5221)
                   R. James DeRose, III (RD-9660)
                   3 World Financial Center
                   New York, New York 10281
                   Phone: 212-415-8600
                   Fax: 212-303-2754
                   jfroehlich@lockelord.com

                  J. Matthew Goodin (*pro hac vice* application
                  to be submitted)
                  111 S. Wacker Drive
                  Chicago, Illinois 60606
                  Phone: (312) 443-0472

                  *Attorneys for Defendant Aurora Loan Services, LLC*