UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LEELA ABRAHAM, et al.,                      :

                         Plaintiffs,             :        Case No. 12-cv-4686 (WFK) (MDG)

                             v.                        :

AMERICAN HOME MORTGAGE SERVICING,  :
INC., et al.,

                       Defendants.       :
-----------------------------------------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WELLS FARGO BANK, N.A.**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Wells Fargo Bank, N.A. (incorrectly sued herein as "Wells Fargo" and "Wells Fargo Bank") submits this disclosure statement.

       Defendant Wells Fargo Bank, N.A. states that it is a wholly-owned subsidiary of Wells Fargo & Company, a publicly-held corporation. No other publicly-held corporation owns 10% or more of the stock of Wells Fargo Bank, N.A. or its parent, Wells Fargo & Company.


October 15, 2012                                  HOGAN LOVELLS US LLP

                                             By:    /s/ Lisa J. Fried_____
                                                     Lisa J. Fried
                                                      875 Third Avenue
                                                      New York, New York 10022
                                                      Telephone: (212) 918-3000
                                                      Facsimile: (212) 918-3100
                                                      lisa.fried@hoganlovells.com

                                                      *Attorneys for Defendant*
                                                      *Wells Fargo Bank, N.A.*