UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
Leela ABRAHAM, *et al.*                                        :
                                                               :   NOTICE OF APPEARANCE
                 *Plaintiffs*,   :
                                                               :
                                                               :   No. 1:12-cv-04686-WFK-JMA
                                                               :
                                                               :
      -against-                                              :
                                                               :
AMERICAN HOME MORTGAGE SERVICING, INC., *et al.*  :
                                                               :
                 *Defendants*.   :
-------------------------------------------------------------------------- x

      TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that, Lucia Nale, of the law firm Mayer Brown LLP, enters her appearance as counsel of record for Defendants CitiMortgage, Inc. and OneMain Financial, Inc. in the above-referenced matter.  The undersigned was admitted to practice in this case *pro hac vice* on October 10, 2012, and ensures that the $25 admission fee has been submitted to the Clerk's Office.

Dated:     October 17, 2012                           MAYER BROWN LLP

                                                           /s/   Lucia Nale
                                                            Lucia Nale
                                                            71 South Wacker Drive
                                                            Chicago, Illinois 60606
                                                           lnale@mayerbrown.com
                                                           Tel.:   (312) 701-7074
                                                           Fax:    (312) 706-8663

                                                           *Attorneys for Defendants*
                                                           *CitiMortgage, Inc. and OneMain*
                                                           *Financial, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2012, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/   Lucia Nale
Lucia Nale
