UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

LEELA ABRAHAM, et al.,

                Plaintiffs,

   v.

AMERICAN HOME MORTGAGE SERVICING, INC.,
et al.,

                Defendants.

---------------------------------------------------------------------:

1:12-cv-04686-WFK-JMA

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Ally Financial Inc. (erroneously sued herein as "GMAC d/b/a Ally Financial"), states that Ally Financial Inc. is not a publicly held corporation and that no publicly held entity owns 10 percent or more of its common stock.

Dated: New York, New York
         October 23, 2012

                                      OTTERBOURG, STEINDLER, HOUSTON
                                             & ROSEN, P.C.

                                  By:   /s/ Richard G. Haddad
                                        Richard G. Haddad (RH 6438)
                                        Member of the Firm

                                  Attorneys for Defendant Ally Financial Inc.
                                  230 Park Avenue
                                  New York, NY 10169-0075
                                  Tel: (212) 661-9100
                                  Facsimile: (212) 682-6104

2250701.1