UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEELA ABRAHAM, *et al.*, <br><br>         Plaintiffs, <br><br>  -against- <br><br>AMERICAN HOME MORTGAGE SERVICING, INC., *et al.*, <br><br>         Defendants. | Case No.: 12-CV-4686 <br><br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Ali Ryan Amin, Esq. of HINSHAW & CULBERTSON LLP, 780 Third Avenue, 4th Floor, New York, New York 10017, has been retained as counsel for Defendant MGC Mortgage, Inc. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated: New York, New York
   October 24, 2012

                HINSHAW & CULBERTSON LLP
                *Attorneys for Defendant*
                *MGC Mortgage, Inc.*

                By: *s/Ali Ryan Amin*
                  Ali Ryan Amin  (AA8508)

                780 Third Avenue, 4th Floor
                New York, New York 10017
                (212) 471-6200 (Telephone)
                (212) 935-1166 (Facsimile)
                aamin@hinshawlaw.com