UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LEELA ABRAHAM, et al.,

                       Plaintiffs,

       -against-

AMERICAN HOME MORTGAGE SERVICING INC, et al.,

                       Defendants.
-------------------------------------------------------------------------X

Case No. 12-cv-4686

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Houser & Allison, APC, by the undersigned attorney, hereby appears as counsel for defendant Bayview Loan Servicing, LLC (incorrectly sued herein as "Bayview") in the above-captioned action.

Dated: October 26, 2012
       New York, NY

                                            HOUSER & ALLISON, APC

                                            By: _/s/ Mitra Paul Singh_
                                                Mitra Paul Singh. Esq.
                                                60 East 42nd Street, Suite 1148
                                                New York, NY 10165
                                                Tel: (212) 490-3333
                                                Fax: (212) 490-3332
                                                msingh@houser-law.com

                                                *Attorneys for Defendant*
                                                *Bayview Loan Servicing, LLC*