The Resolution Law Group, P.C.
100 Park Avenue – Suite 1600 ~ New York, NY 10017
Telephone: (212) 351-5041 | Fax: (212) 880-6499
E-mail: info@TheResolutionLawGroup.com

November 1, 2012 **VIA HAND DELIVERY**

The Honorable William F. Kuntz, II, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED CLERK
2012 NOV -1 AM 10:03
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK

**RE: ABRAHAM, et. al. v. AMERICAN HOME MORTGAGE SERVICING, et. al.
Case No. 12-cv-4686-(WFK) (JMA) (E.D.N.Y.)**

Dear Judge Kuntz:

Enclosed please find:

- One (1) original and two (2) copies of our letter-motion, dated today, along with a proposed order;
- One (1) original letter-motion, dated yesterday, which I intended to upload via ECF; and
- Proof that ECF was still not accessible as of this morning.

If chambers is unable to upload the hand-delivered letter-motion and proposed order to ECF by midday, I will circulate a PDF copy of the same to all appearing counsel.

Although not in the office today, I will be checking messages left at the number above. Alternatively, I can be reached on my cellular phone at 516-524-3299. Do not hesitate to contact me to discuss this matter.

Thank you for your courtesy in helping to resolve this issue.

Respectfully,

Janine Z. Schatz
*Of Counsel*

Enclosures

The Resolution Law Group, P.C.
100 Park Avenue – Suite 1600 ~ New York, NY 10017
Telephone: (212) 351-5041 | Fax: (212) 880-6499
E-mail: info@TheResolutionLawGroup.com

November 1, 2012

**VIA HAND DELIVERY**
**DUE TO ECF OUTAGE**

The Honorable William F. Kuntz, II, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: ABRAHAM, et. al. v. AMERICAN HOME MORTGAGE SERVICING, et. al.**
**Case No. 12-cv-4686-(WFK) (JMA) (E.D.N.Y.)**

Dear Judge Kuntz:

This firm represents the Plaintiffs in the above entitled action. We write to Your Honor seeking an extension of time in which to file a Second Amended Complaint.

Due to the destruction caused by Hurricane Sandy, we will be unable to meet the deadline imposed by the court's scheduling order. (See Dckt. No. 86.)

Philip Berwish, the lead attorney on this matter, resides in central New Jersey and has been without electricity at his home and office since Monday evening. Other staff members' homes and the firm's offices have been similarly afflicted. In addition to the several days already lost, it is not clear when the situation will improve such that we may resume work on the Second Amended Complaint and submit it for our adversaries' consideration. The most recent news reports indicate that seven (7) to tend (10) days may elapse before electrical power is restored to the affected portions of the greater New York area.

Thus, we hereby respectfully request that the Second Amended Complaint filing deadline be extended by five (5) business days, or such other duration as the court sees fit. We further reserve our right to renew this motion should the extenuating circumstances persist.

Respectfully submitted,

THE RESOLUTION LAW GROUP, P.C.

By: ______________________
Janine Z. Schatz
*Of Counsel*


Firefox File Edit View History Bookmarks Tools Window Help
(100%) Wed 3:13 PM
Eastern District of New York - Live Database Version 5.1.1
Eastern District of New York - L...
https://ecf.nyed.uscourts.gov/cgi-bin/Dispatch.pl?motion
Google
CM ECF
Civil
Criminal
Query
Reports
Utilities
Search
Logout
Could not start new transaction
Back


Firefox File Edit View History Bookmarks Tools Window Help
(100%) Thu 8:31 AM
Eastern District of New York - Live Database Version 5.1.1
Eastern District of New York - L...
https://ecf.nyed.uscourts.gov/cgi-bin/Dispatch.pl?motion
Google
CM ECF
Civil
Criminal
Query
Reports
Utilities
Search
Logout
Could not start new transaction
Back