UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEELA ABRAHAM et al., | ) |
| Plaintiffs, | ) Case No. 1:12-cv-4686-WFK-JO ) |
| -against- | ) **NOTICE OF APPEARANCE** ) |
| AMERICAN HOME MORTGAGE SERVICING, INC. et al., | ) ) ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Bradley L. Mitchell, Esq., of the law firm of Stevens & Lee, P.C., hereby appears as Counsel for Defendant CENLAR FSB in the above-captioned action.

Respectfully submitted,

**STEVENS & LEE, P.C.**

Dated: November 7, 2012    By: ___/s/ Bradley L. Mitchell___
                                  Bradley L. Mitchell, Esq.

485 Madison Avenue
New York, NY 10022-5803
(212) 319-8500
blm@stevenslee.com
*Attorneys for Defendant CENLAR FSB*

SL1 1201180v1 105627.00004