UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
===================================X
)  Case No. 12-4686-WFK-JMA
Leela ABRAHAM, et. al.                          )
          *Plaintiffs*                       )   **NOTICE OF VOLUNTARY**
)   **DISMISSAL PURSUANT TO**
-   against   -                              )   **F.R.CP., RULE 41(a)(1)(i)**
)
AMERICAN HOME MORTGAGE SERVICING, INC.,  )
et. al.                                         )
)
)
          *Defendants*                       )
)
===================================X

    Pursuant to the Provisions of Rule 41 (a) (1) (i), Debra Kelley, Plaintiff herein, voluntarily dismisses, without prejudice, his/her claims in the above entitled action as set forth in the First Amended Complaint, filed on July 30, 2012.

DATED:  November 16, 2012          THE RESOLUTION LAW GROUP, P.C.
           New York, New York          *Attorneys for the Plaintiffs*

                                             Philip R. Berwish, Esq.
                         By:   BERWISH LAW

*Of Counsel to*
THE RESOLUTION LAW GROUP, P.C.
100 Park Avenue, Suite 1600
New York, NY 10017
Tel: 212-351-5041
Fax: 212-880-6499
PhilipB@TheResolutionLawGroup.com

**AFFIDAVIT OF SERVICE**

    I, Philip R. Berwish, of Berwish Law, *Of Counsel* to The Resolution Law Group, P.C., counsel for the plaintiffs in the above entitled action, hereby certify that a true and correct copy of the above pleading; specifically, the **NOTICE OF VOLUNTARY DISMISSAL**, was served on all counsel of record via the CM/ECF filing system at the time of electronic filing.

                                             Philip R. Berwish, Esq.
                                             *Of counsel*