UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
=================================X
Leela ABRAHAM, et. al.                     )   Case No. 12-4686-WFK-JMA
                                           )
                    *Plaintiffs*           )   **JOINT STIPULATION OF**
                                           )   **VOLUNTARY DISMISSAL**
- against -                                )   **WITHOUT PREJUDICE**
                                           )   **PURSUANT TO**
AMERICAN HOME MORTGAGE SERVICING, INC.,    )   **FED.R.CIV.P. 41(a)(2)**
et. al.                                    )
                                           )
                                           )
                    *Defendants*           )
                                           )
=================================X

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, upon agreement of the undersigned parties and Order of this Court, it is hereby stipulated and agreed that Defendant EMIGRANT BANK is dismissed from the above captioned matter, without prejudice.

It is further agreed that the parties will bear their own costs in connection with this matter.

Dated: New York, New York
       November 14, 2012

THE RESOLUTION LAW GROUP, P.C.              BELKIN BURDEN WENIG
                                            & GOLDMAN, LLP

By: _____                 By: _____
Philip R. Berwish, Esq. – *Of Counsel*      William M. Rifkin, Esq. – *Partner*
100 Park Avenue, Suite 1600                 270 Madison Avenue
New York, NY 10017                          New York, NY 10016
P: (212) 351-5041                           P: (212) 867-4466
F: (212) 880-6499                           F: (212) 297-1859
PhilipB@theresolutionlawgroup.com           WRifkin@bbwg.com

*Attorneys for Plaintiffs*                  *Attorneys for Defendant EMIGRANT BANK*


SO ORDERED, this ____ day of November, 2012.


                                            _____
                                            U.S.D.J.