UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEELA ABRAHAM et al., | ) |
| | ) Case No. 1:12-cv-4686-WFK-JO |
| Plaintiffs, | ) |
| | ) |
| -against- | ) **NOTICE OF APPEARANCE** |
| | ) |
| AMERICAN HOME MORTGAGE SERVICING, INC. et al., | ) |
| | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Constantine D. Pourakis, Esq., of the law firm of Stevens & Lee, P.C., hereby appears as Counsel for Defendant SunTrust Mortgage in the above-captioned action.

Respectfully submitted,

**STEVENS & LEE, P.C.**

Dated: December 5, 2012    By: */s/ Constantine D. Pourakis*
 Constantine D. Pourakis, Esq.
 485 Madison Avenue, 20th Floor
 New York, NY 10022-5803
 (212) 753-0409
 cp@stevenslee.com

*Attorneys for Defendant SunTrust Mortgage*

SL1 1205985v1/107800.00001