UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- X
: 
LEELA ABRAHAM, et al., :
:
                Plaintiffs :
:   Case No. 1:12-cv-04686-WFK-JMA
       - v. - :
:   **NOTICE OF APPEARANCE**
AMERICAN HOME MORTGAGE :
SERVICING, INC. et al., :
:
                Defendants. :
:
---------------------------------------- X

    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., in the above-captioned action.

    The undersigned is admitted to practice in this Court.

Dated:  New York, New York
         December 5, 2012

                                  **MORGAN, LEWIS & BOCKIUS LLP**

                                  By: _/s/ Brian A. Herman_
                                       Brian A. Herman
                                101 Park Avenue
                                New York, New York 10178
                                Telephone:  (212) 309-6909
                                Facsimile:   (212) 309-6001
                                E-mail:  *bherman@morganlewis.com*

                                *Attorneys for Defendant MERSCORP, INC.,*
                                *n/k/a MERSCORP Holdings, Inc.*