UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
**LEELA ABRAHAM,** *et al.*                           :
                **Plaintiffs,**            :       No. 1:12-4686-WFK-JMA
                                            :
    -*against*-                          :       **NOTICE OF APPEARANCE**
                                        :
**AMERICAN HOME MORTGAGE**                  :       ECF Case
**SERVICING, INC.,** *et al.*              :
                **Defendants.**           :
------------------------------------- X

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP hereby enters an appearance as counsel for Defendant State Farm Realty Mortgage, LLC (incorrectly listed as also known as "State Farm Bank, FSB"), reserving all rights and defenses.

Dated: December 6, 2012          Respectfully submitted,

                                          /s/ Douglas E. Fleming III
                                          Douglas E. Fleming III
                                          (Douglas.Fleming@skadden.com)
                                          SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                          Four Times Square
                                          New York, New York 10036
                                          (212) 735-3000
                                          *Attorneys for Defendant State Farm Realty Mortgage, LLC (incorrectly listed as also known as State Farm Bank, FSB)*