UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEELA ABRAHAM, et al.., <br><br> Plaintiffs, <br><br> -against- <br><br> AMERICAN HOME MORTGAGE SERVICING, INC., et al., <br><br> Defendants. | No. 1:12-4686-WFK-JMA <br><br> **NOTICE OF APPEARANCE** <br> **ECF Case** |

**PLEASE TAKE NOTICE** that the undersigned attorney with the law firm of SNR Denton US LLP hereby enters an appearance as counsel for Defendant SunTrust Mortgage, Inc. reserving all rights and defenses.

Dated: New York, New York
       December 7, 2012

                                    **SNR Denton US LLP**

                              By:   /s/ Patrick E. Fitzmaurice
                                Patrick E. Fitzmaurice (PF 8648)
                            1221 Avenue of the Americas
                            New York, New York  10020
                            Tel.: (212) 768-6700
                            Fax: (212) 768-6800

*Attorneys for SunTrust Mortgage, Inc.*