UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
LEELA ABRAHAM, et al., :
:
Plaintiffs, : C.A. No. 12-cv-04686-WFK-JMA
:
v. : **NOTICE OF APPEARANCE**
:
AMERICAN HOME MORTGAGE : ECF CASE
SERVICING, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------x

PLEASE TAKE NOTICE, the law firm K&L Gates LLP hereby enters an appearance in this action as attorney of record for Sovereign Bank, N.A, noting that this defendant has not been served. Without waiver of any rights or defenses, Sovereign Bank, N.A. requests that all pleadings, notices and other papers in this action be served upon the undersigned.

Dated: New York, New York
       December 10, 2012

Respectfully submitted,

/s/ Sarah P. Kenney
Sarah P. Kenney (SK 5744)
K&L GATES LLP
599 Lexington Ave
New York, New York 10022
Phone: (212) 536-3900
Fax: (212) 536-3901
Email: sarah.kenney@klgates.com

Michael DeMarco, *pro hac vice* motion to be filed
John C. Blessington, *pro hac vice* motion to be filed
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: (617) 261-3100
Fax: (617) 261-3175
Email: michael.demarco@klgates.com
       john.blessington@klgates.com

*Attorneys for Sovereign Bank, N.A.*

## CERTIFICATE OF SERVICE

The undersigned certifies this 10th day of December, 2012 that a true and correct copy of the foregoing Notice of Appearance was served by way of the Court's ECF system upon all counsel of record.

/s/ Sarah P. Kenney
Sarah P. Kenney