UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LEELA ABRAHAM, et. al.        :
                              :  NOTICE OF MOTION TO
            *Plaintiffs,*     :  ADMIT COUNSEL
                              :  *PRO HAC VICE*
-against-                     :
                              :  Case No.: CV 12-4686 WFK JMA
AMERICAN HOME MORTGAGE SERVICING, INC., et. al. :
                              :
            *Defendants.*     :
                              :
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavit of movant, R. Geoffrey Broderick, in support of this motion and Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, R. Geoffrey Broderick, President of the firm of The Resolution Law Group, P.C. and a member in good standing of the Bar of the State of Connecticut, Bar of the State of New Jersey, Bar of the District of Columbia and The United States District Court for the District of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiffs, Leela Abraham, et. al. There are no pending disciplinary proceedings against R. Geoffrey Broderick in any State or Federal court.

Dated: November 27, 2012

                                                  Respectfully submitted,

                                                  THE RESOLUTION LAW GROUP, P.C.

                                                  */s/ R. Geoffrey Broderick*
                                                  R. Geoffrey Broderick
                                                  500 West Putnam Avenue, Suite 400
                                                  Greenwich, Connecticut 06830
                                                  Tel: (203) 542-7275
                                                  Fax: (866) 217-1003
                                                  geoffrey@theresolutionlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ R. Geoffrey Broderick
R. Geoffrey Broderick

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LEELA ABRAHAM, et. al.           :
                                 : AFFIDAVIT OF R. GEOFFREY
          Plaintiffs,            : BRODERICK IN SUPPORT OF
                                 : MOTION TO ADMIT
     -against-                   : COUNSEL *PRO HAC VICE*
                                 :
AMERICAN HOME MORTGAGE SERVICING, INC., et. al. : Case No.: CV 12-4686 WFK JMA
                                 :
          Defendants.            :
------------------------------------------------------------------x

State of Connecticut  )
                      ) ss:
County of Fairfield   )

R. Geoffrey Broderick, being duly sworn, hereby deposes and says as follows:

1. I am the President of the law firm of The Resolution Law Group, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am member in good standing of the Bar of the Bar of the State of Connecticut, Bar of the State of New Jersey, Bar of the District of Columbia and The United States District Court for the District of New Jersey.

4. There are no pending disciplinary proceedings against me in any State of Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the one case for plaintiffs, Leela Abraham, et. al.

DATED: November 27, 2012

R. Geoffrey Broderick
THE RESOLUTION LAW GROUP, P.C.
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830
Tel: (203) 542-7275
Fax: (866) 217-1003
geoffrey@theresolutionlawgroup.com

Michelle Schumacher
NOTARY PUBLIC

see attached jurat

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. Affidavit of R. Geoffrey
2. Broderick in Support of Motion to
3. admit Counsel PRO HAC VICE
4. 
5. 
6. 

_[Signature]_  Signature of Document Signer No. 1
n/a  Signature of Document Signer No. 2 (If any)

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27 day of November, 20 11, by
(1) Geoffrey Broderick
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)
(and
(2) n/a
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _Michelle Schumacher_
Signature of Notary Public

MICHELLE SCHUMACHER
Commission # 1923166
Notary Public - California
Orange County
My Comm. Expires Feb 21, 2015

Place Notary Seal Above

――― OPTIONAL ―――

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit
Document Date: 11.27.12   Number of Pages: 1
Signer(s) Other Than Named Above: n/a only Geoffrey Broderick

RIGHT THUMBPRINT OF SIGNER #1
RIGHT THUMBPRINT OF SIGNER #2

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ROBERT GEOFFREY BRODERICK**

was on the 4TH day of NOVEMBER, 2011

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 30, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ROBERT GEOFFREY BRODERICK** (No. **044852010**) was constituted and appointed an Attorney at Law of New Jersey on **November 30, 2010** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **December**, 20 **12**.

*Mark [signature]*

Clerk of the Supreme Court

-453a-

# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Supreme Court at  Hartford on the 4th day of June, 2010.

Robert Geoffrey Broderick

of

San Clemente, California

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day November 21, 2012.

*Michele T. Angers*

Michele T. Angers

Chief Clerk



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LEELA ABRAHAM, et. al.                              :
                                                    : NOTICE OF MOTION TO
        *Plaintiffs,*                               : ADMIT COUNSEL
                                                    : *PRO HAC VICE*
  -against-                                        :
                                                    : Case No.: CV 12-4686 WFK JMA
AMERICAN HOME MORTGAGE SERVICING, INC.,et. al.:
                                                    :
        *Defendants.*                              :
------------------------------------------------------------------------x

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, R. Geoffrey Broderick is permitted to argue or try this particular case in whole or in part as councel or advocate for plaintiffs, Leela Abraham, et. al.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notion of your admission *pro hac vice* in the above-listed case will be made on the roll of attorneys.

DATED: December___, 2012

                                                                                                _____
                                                                                                United States District Judge

cc:    R. Geoffrey Broderick
       Court file