UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
LEELA ABRAHAM, et al.,                                    :
                                                          :
                        Plaintiffs,               :
                                                          :  C.A. No. 1:12-cv-04686-WFK-JMA
               v.                                 :
                                                          :
AMERICAN HOME MORTGAGE                                    :
SERVICING, INC., et al.,                                  :
                                                          :
                        Defendants.               :
                                                          :
----------------------------------------------------------x

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel appears as attorney of record for Defendants Litton Loan Servicing LP and Ocwen Financial Corporation in the above-referenced matter. The undersigned was admitted to practice *pro hac vice* on November 8, 2012, and ensures that the $25 admission fee has been submitted to the Clerk's Office. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: December 14, 2012        K&L GATES LLP,

              /s/ R. Bruce Allensworth
              R. Bruce Allensworth, *pro hac vice*
              State Street Financial Center
              One Lincoln Street
              Boston, MA 02111
              Phone: (617) 261-3100
              Fax: (617) 261-3175
              E-mail: bruce.allensworth@klgates

*Attorney for Defendants Litton Loan Servicing LP and Ocwen Financial Corporation*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served through the Court's ECF system upon all counsel of record on this 14th day of December, 2012.

                                              /s/ R. Bruce Allensworth
                                              R. Bruce Allensworth