LEELA ABRAHAM

Plaintiff

vs.

AMERICAN HOME MORTGAGE SERVICING, INC., ET AL.

Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOCKET NO.: 1:12-CV-04686-WFK-JMA

**Person to be served** (Name & Address):
Cenlar
7 Graphics Drive
Ewing, NJ 08628

**Attorney:** File#:

THE RESOLUTION LAW GROUP, PC
500 West Putnam Ave., Suite 400
Greenwich, CT 06830   Ph: 203-349-8483

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint

**Service Data:**
Served Successfully  XXXX    Not Served _____    Date: 10/23/2012    Time: 1:35 pm

_____ Delivered a copy to him / her personally

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

Name of Person Served and relationship / title:
Joan M. Heras, Managing Agent

XXXX Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Actual place of service:
7 Graphics Drive
Ewing, NJ 08628

**Description of Person Accepting Service:**

Sex: FEMALE   Age: 65   Height: 5'6   Weight: 120 lbs.   Skin Color: WHITE   Hair Color: white

**Unserved:**

____ Defendant is unknown at the address furnished by the attorney
____ All reasonable inquiries suggest defendant moved to an undetermined address
____ No such street in municipality
____ No response on: _____ Date _____ Time   _____ Date _____ Time
                                        _____ Date _____ Time

____ Other:_____  Comments or Remarks_____

**Server Data:**

Subscribed and Sworn to me this
15 day of October 2012

*Donna-Marie Carlucci*
Notary Public of New Jersey
My Commission Expires
February 10, 2015

Name of Notary / commission expiration

I, JOHN PEREZ, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ Date
JOHN PEREZ
N.J. LEGAL PROCESS SERVICE
7 Woodside Road, Springfield, NJ 07081
908.810.8030