# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Leela Abraham, *et al,*

v.

American Home Mortgage
Servicing, Inc., *et al,*

Case#: **1:12-CV-04686**
(WFK) (JMA)

### AFFIDAVIT OF SERVICE
DEFENDANT: Flagstar Bancorp, Inc., a/k/a Flagstar Bank, FSB

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process / assignment on 11-14-12, and that I personally served the following: <u>SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT; NY STATE SUMMONS WITH NOTICE (issued by NY Supreme Court/ County of Kings); NOTICE OF REMOVAL AND FIRST AMENDED COMPLAINT;</u> (total 422pgs) in regards to the above case, upon:

## *FLAGSTAR BANCORP, INC.,*
### a/k/a *FLAGSTAR BANK FSB*

c/o: JUDI SCHUETT, Agent @The Corporation Company, R/A, personally by identifying her then handing her the papers

Sex: F   Age: +/- 60 ish   Race: W
as follows:

**Complete Address of Service**

<u>30600 Telegraph Rd, Ste 2345</u>

<u>Bingham Farms, MI 48025</u>

Oakland County, Michigan.

**Day, Date, Time of Service**

Fri.  NOV 1 6 2012  @ 11:04am

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

Subscribed and sworn to before me on NOV 2 0 2012.

*Curtis Faulkner* (signature)

*Gina Sharbowski* (signature)
Gina Sharbowski
Process Server



CURTIS FAULKNER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires March 8, 2014
Acting in the County of Macomb