SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

INDEX NO: 501015/2012

ATTY: PHILIP R. BERWISH, ESQ..
THE RESOLUTION LAW GROUP
100 PARK AVENUE, SUITE 1600
NEW YORK, NEW YORK 10017

-------------------------------------------------------------------X

LEELA ABRAHAM, JEFFERY ACKER, ET AL.,

                     Plaintiffs,

              -against-

AMERICAN HOME MORTGAGE SERVICING, INC.
COUNTRYWIDE FINANCIAL CORPORATION ET AL.,

                     Defendants

**AFFIDAVIT OF SERVICE OF
FIRST AMENDED COMPLAINT**

-------------------------------------------------------------------X

To: Green Tree Servicing, LLC.
c/o CT Corporation
111 Eighth Avenue, 13th floor
New York, New York 10036

-------------------------------------------------------------------X

STATE OF NEW YORK  )
                            ) ss:
COUNTY OF QUEENS  )

I, WILLIAM T. ROBINSON, license no. 1004944, being duly sworn, deposes and says: deponent is not a party to this proceeding, is a licensed process server over 18 years of age and resides in the State of New York. That on **8/31/12** at **12:30 p.m.** at **111 Eighth Avenue, 13th floor New York N.Y. 10036** deponent served the within **FIRST AMENDED COMPLAINT** upon **GREEN TREE SERVICING LLC . c/o CT CORPORATION** defendant therein named by:

**[X] CORPORATION**    A domestic corporation, by delivering thereat a true copy to **AIXA FLORES** a general agent for **Green Tree Servicing LLC c/o CT Corporation.** Deponent knew said corporation so served to be **Green Tree Servicing LLC. c/o CT Corporation** described in said **First Amended Complaint** as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof.

**[X] DESCRIPTION**    Deponent describes the individual as follows:

| | | | | |
|---|---|---|---|---|
| ___ Male | ___ White Skin ___ Yellow Skin | ___ 18-20 Yrs. | ___ Under 5'0" | ___ Under 100 lbs. |
| **X** Female | **X** Brown Skin | ___ 21-35 Yrs. | **X** 5'0"-5'3" | ___ 100-130 lbs. |
| ___ Bald | ___ Balding | **X** 36-50 Yrs. | ___ 5'4"-5'7" | **X** 131-160 lbs. |
| **X** Black Hair | ___ Brown Hair | ___ 51-65 Yrs. | ___ 5'8"-6'0" | ___ 161-200 lbs. |
| ___ Red Hair | ___ White Hair | ___ Over 65 Yrs. | ___ Over 6'0" | ___ Over 200 lbs. |
| ___ Gray Hair | ___ Red Hair | **X** Glasses | ___ Beard | ___ Other |

**[X] Acquiescence To:
N.Y.C.L.R. Sec. 2,
Sub. W, et. al.,
N.Y.G.B.L. and
C.P.L.R.**

The **First Amended Summons** was served in compliance with New York City Laws and Rules regarding Process Servers Sec. 2 Subchapter W, Chap. 2, Title 6 of the Rules of the City of New York §§ 2-233, 2-233(a), 2-233(b), § 89-cc of the New York General Business Law and §311 of the Civil Practice Laws and Rules

Sworn before me on 8/31/12

_Mary R_ (signature)
NOTARY PUBLIC

[Notary seal: MARY R WEHNER, Notary Public, State of New York, Queens County, No. 01WE6220047, Comm. Exp. 4-05-14]

_William T. Robinson_ (signature)
William T. Robinson, Lic no. 1004944

Billion Bills Process Serving
(718) 527-2121