AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-04686 (WFK) (JMA)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seterus, Inc c/o CT Corporation Systems

was received by me on *(date)* 11/20/2012 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sattie Raiman, officer of CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* Seterus, Inc
on *(date)* 11/20/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 65.00 for travel and $ 0.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 11/21/0201

*Server's signature*

Damaris de los Santos, New York process server # 1223225
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212
*Server's address*

Additional information regarding attempted service, etc:
On November 20, 2012 at 03:55 p.m., at 111 Eighth Avenue, 13th Floor, New York, NY 10011, service of process was effected upon Seterus, Inc. by delivering the summons in a civil action, second amended complaint, New York State Supreme Court summons, notice of removal and first amended complaint to Sattie Raiman, process service specialist of CT Corporation Systems, who indicated that she was expressly authorized to accept process on behalf of said defendant.

Damaris de los Santos
New York Process Server # 1223225
54 Bristol St. # 7F
Brooklyn, NY 11212