| | | | |
|---|---|---|---|
| Leela Abraham, et al., | | Plaintiff(s) | Civil Action No. 1:12-CV-04686-WFK JMA |
| against | | | Date filed |
| American Home Mortgage Servicing, Inc., et al., | | Defendant(s) | 609120 |

STATE OF NEW YORK                                                  COUNTY OF ALBANY

# AFFIDAVIT OF SERVICE SECRETARY of STATE

**Andrew Steele** being duly sworn, deposes and says that he is over the age 18 years, that on **11/16/2012**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL ACTION;SECOND AMENDED COMPLAINT, NEW YORK STATE SUMMONS; NOTICE OF REMOVAL**

on **SPECIALIZED LOAN SERVICING, LLC, DEFENDANT** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLCL.

**Description**   Description of the Recipient is as follows: MALE, WHITE skin, BLACK hair, 25-30 years of age, the approximate height is: 6'1", the approximate weight is: 220 pounds, other identifying features are as follows: GLASSES.

Sworn to before me
This 23 day
of November 2012

Notary Public                                                                              Andrew Steele

Ashley Schultz                              Cindy M. Beaulac
Notary Public, State of New York            Notary Public, State of New York
No. 01SC6235434                             No. 01BE6235895
Qualified in Albany County                  Qualified in Albany County
Commission Expires February 7, 2015         Commission Expires February 14, 2015

The Resolution Law Group, P.C.
500 West Putnam Ave - Suite 400

Greenwich, CT  06830