Leela Abraham, et al.,                     **Plaintiff(s)**

against                      Date Filed
Civil Action No. 1:12-CV-04686-WFK JMA

American Home Mortgage Servicing, Inc., et al.,

**Defendant(s)**

STATE OF NEW YORK     COUNTY OF ALBANY

**Andrew Steele** being duly sworn, deposes and says: That deponent is not a party to this action, is over the age 18 years and has principal place of business in the City and County of Albany NY. That on    **11/16/2012**    at    **2:55 PM**    at **80 State Street, Albany, NY 12207**, deponent served a true copy of a

### SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT; NEW YORK STATE SUMMONS; NOTICE OF REMOVAL

upon **Suntrust Mortgage, Inc. c/o CSC** the **DEFENDANT** in this action.

**Individual** [ ]   By delivering a true copy of each and leaving with recipient personally [ ] recipient was identified by self admission. [ ] Deponent knew the person so served to be the person described as DEFENDANT therein.

**Corporation** [X]   a [X] Domestic [ ] Foreign corporation, by delivering a true copy of each to **Kevin Vohnoutka** personally; deponent knew said corporation so served to be the corporation described as the named recipient and knew said individual to be the **Customer Service Rep** thereof, an authorized person to accept service of process.

**Suitable age person** [ ]   By delivering a true copy of each and leaving with _____ known to be _____ a person of suitable age and discretion. Said premises is recipients [ ] actual place of business [ ] usual place of abode with in the state.

**Affixing to door** [ ]   By affixing a true copy of each to the door of said premises which recipient last known address, dwelling place or usual place of abode within state. Deponent attempted services on the following dates and times:
___/___/ _____.M, ___/___/ _____.M, ___/___/ _____.M, ___/___/ _____.M,
Deponent talked to _____ at _____ who stated recipient
[ ] lived [ ] worked [ ] did not reside [ ] is not employed at the service address above.

**Non Service** [ ]   Deponent attempted to perfect service on WITNESS on the above date and the above time and found that WITNESS [ ] no longer resides at [ ] is unknown at address given.

**Mailing** [ ]   Deponent completed service by depositing a true copy of each properly sealed postpaid with first class postage and addressed to the WITNESS as stated above in an official depository under the exclusive care and custody of the US. Postal Service. [ ] The envelope was marked personal and confidential. [ ] the mailing was also made by certified mail receipt number _____ within one day after such delivery. [ ] A return receipt was requested.

**Description of Recipient**:   **M** Sex   **White** Skin   **Brown** Hair color   **40's** Approx. age   **5'10"** Approx. height   **175** Approx. weight   Other Features

**Witness Fee**   , the authorized traveling expenses and witness fee [ ] was paid to [ ] was tendered and refused by witness.

Deponent knew the person so served to the person mentioned and described as the within named and proper party therein. Deponent asked the within named if defendant was in active military services of the United Sates or the State of New York in any capacity whatever and received a negative reply. The within named wore ordinary civilian clothes and no military uniform. The source of deponent's information and the grounds of deponent's belief are the conversation and observations above narrated. Upon information and belief deponent avers that the within named is not in the military service of the New York or the United States as that term is defined in either the State or federal Statues.

Sworn to before me
This 23 day
of November 2012

_Ashley Schultz_                    _Andrew Steele_
Notary Public

Ashley Schultz            Cindy M. Beaulac
Notary Public, State of New York        Notary Public, State of New York
No.01SC6235434              No. 01BE6235895
Qualified in Albany County         Qualified in Albany County
Commission Expires February 7, 2015    Commission Expires February 14, 2015