AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-04686 (WFK) (JMA)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Bancorp. Inc., a/k/a U.S. Bank, N.A.
was received by me on *(date)* 11/15/2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Deb Van Ness, Sr. Corporate Operations Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation 100 S. 5th Street, #1075, Minneapolis, MN 55402 on *(date)* 11/16/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/19/2012

*Christine A. Heuer*
Server's signature

Christine A. Heuer
*Printed name and title*

Legal Process of Minnestoa, LLC
211 Douglas Drive
Glencoe, Minnesaota 55336
*Server's address*

Additional information regarding attempted service, etc: