UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LEELA ABRAHAM, et. al.

      *Plaintiffs,*

 -against-

AMERICAN HOME MORTGAGE SERVICING, INC., et. al.:

      *Defendants.*

------------------------------------------------------------x

: NOTICE OF MOTION TO
: ADMIT COUNSEL
: *PRO HAC VICE*
:
: Case No.: CV 12-4686 WFK JMA

 PLEASE TAKE NOTICE that upon the annexed affidavit of movant, Stephen R. Kopolow, in support of this motion and Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, Stephen R. Kopolow, an associate of the firm of The Resolution Law Group, P.C. and a member in good standing of the Bar of the State of Nevada, Bar of the District of Columbia, U.S. District Court of Nevada and District of Columbia Court of Appeals, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiffs, Leela Abraham, et. al. There are no pending disciplinary proceedings against Stephen R. Kopolow in any State or Federal court.

Dated: December 17, 2012

              Respectfully submitted,

              THE RESOLUTION LAW GROUP, P.C.

              /s/ *Stephen R. Kopolow*
              Stephen R. Kopolow
              1050 E. Flamingo Road
              Suite W-146
              Las Vegas, Nevada 89119
              Tel: (866) 660-0617
              Fax: (702) 685-7237
              Skopolow@kopolowlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Stephen R. Kopolow
Stephen R. Kopolow

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

LEELA ABRAHAM, et. al.

         *Plaintiffs*,

-against-

AMERICAN HOME MORTGAGE SERVICING, INC., et al.

         *Defendants*.

: AFFIDAVIT OF STEPHEN R.
: KOPOLOW IN SUPPORT OF
: MOTION TO ADMIT
: COUNSEL *PRO HAC VICE*
:
: Case No.: CV 12-4686 WFK JMK

----------------------------------------------------------------x

State of Nevada    )
                       ) ss:
County of Clark    )

Stephen R. Kopolow, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of The Resolution Law Group, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am member in good standing of the Bar of the State of Nevada, Bar of the District of Columbia, U.S. District Court of Nevada and District of Columbia Court of Appeals.

4. There are no pending disciplinary proceedings against me in any State of Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the one case for plaintiffs, Leela Abraham, et. al.

DATED: December 17, 2012

Stephen R. Kopolow, Esq.
THE RESOLUTION LAW GROUP, P.C.
1050 E. Flamingo Road
Suite W-146
Las Vegas, Nevada 89119
Tel: (866) 660-0617
Fax: (702) 685-7237
Skopolow@kopolowlaw.com

NOTARY PUBLIC

JUAN E. BALDOVINOS
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 2-8-2016
Certificate No: 12-6917-1

# STATE BAR OF NEVADA



## Certificate of Good Standing

**Stephen R. Kopolow**

*(Bar Number 8533) was admitted by the Supreme Court of the State of Nevada*

*On 12/18/2003 as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada, it is hereby further certified that STEPHEN R. KOPOLOW is now an Active member of the State Bar of Nevada in good standing.*

*DATED this Monday, November 26, 2012*

*Suzanne Walters*
*Member Services Assistant*
*State of Nevada*



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**STEPHEN R. KOPOLOW**

was on the 9TH day of JULY, 1999 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 12, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LEELA ABRAHAM, et. al.                  :
                                        :  ADMISSTION TO PRACTICE
          *Plaintiffs*,          :  *PRO HAC VICE*
                                        :
  -against-                            :  Case No.: CV 12-4686 WFK JMA
                                        :
AMERICAN HOME MORTGAGE SERVICING, INC., et. al.:
                                        :
          Defendants.             :
-----------------------------------------------------------------x

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Stephen R. Kopolow is permitted to argue or try this particular case in whole or in part as councel or advocate for plaintiffs, Leela Abraham, et. al.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notion of your admission *pro hac vice* in the above-listed case will be made on the roll of attorneys.

DATED: December ___, 2012

                                                                                                    United States District Judge

cc:    Stephen R. Kopolow
        Court file