**The Resolution Law Group, P.C.**
100 Park Avenue – Suite 1600 ~ New York, NY 10017
Telephone: (212) 351-5041  |  Fax: (212) 880-6499
E-mail:  info@TheResolutionLawGroup.com

December 17, 2012

VIA ECF

The Honorable William F. Kuntz, II, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  ABRAHAM, et. al. v. AMERICAN HOME MORTGAGE SERVICING, et. al.
        Case  No. 12-cv-4686-(WFK) (JMA) (E.D.N.Y.)

Dear Judge Kuntz:

This firm represents the Plaintiffs in the above entitled action. We write to Your Honor regarding our Second Amended Complaint, filed via ECF on November 8, 2012.

As part of our efforts to clean up the prior iteration of plaintiffs' complaint, we ascertained that the Defendant identified in the First Amended Complaint as "Coldwell Banker" should have been named "PHH Mortgage Corporation, d/b/a Coldwell Banker Mortgage." See Exhibit A.

This adjustment is reflected in the body of the Second Amended Complaint, paragraph 387. However, due to a clerical oversight the name of this Defendant does not appear in the caption of the Second Amended Complaint.

Plaintiffs request leave to correct this error by submitting a caption that includes PHH Mortgage, d/b/a Coldwell Banker Mortgage. This correction is needed so that the name of Defendant "Coldwell Banker" can be changed accordingly in the Court's docketing system, and a summons issued for service on that entity as properly named. A corrected caption is annexed hereto as Exhibit B.

Thus, Plaintiffs hereby respectfully request that the court adopt the corrected caption of the Second Amended Complaint as herein described. We appreciate the Court's attention to this matter.

Respectfully submitted,

THE RESOLUTION LAW GROUP, P.C.

s/ R. Geoffrey Broderick
R. Geoffrey Broderick, Esq.
*(Admitted pro hac vice)*

The application is ✓ granted. ___ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: December 17, 2012
Brooklyn, New York