UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LEELA ABRAHAM, et al.,   Docket No. CV 12-4686 WFK-JMA

           Plaintiffs,

  -against-   **ORDER FOR ADMISSION**
                                     **PRO HAC VICE**

AMERICAN HOME MORTGAGE SERVICING,
INC., et al.,

           Defendants.
-------------------------------------------------------------------X

      The motion for admission of Martin C. Bryce, Jr., Esq. to practice *pro hac vice* in the above captioned action is granted. The admitted attorney Martin C. Bryce, Jr., Esq. is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Saxon Mortgage Services, Inc.

      This Order becomes effective upon the Court's receipt of the required $25.00 attorney admission fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: 12/18/12

                                                                s/JMA

                                                    _____
                                                    United States ~~District~~ Judge
                                                         Magistrate