UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LEELA ABRAHAM, et. al.  : Case No.: CV 12-4686 WFK JMA
 :
          *Plaintiffs*, : **NOTICE OF VOLUNTARY**
 : **DISMISSAL PURSUANT TO**
  -against- : **F.R.C.P., RULE 41 (a)(1)(i)**
 :
AMERICAN HOME MORTGAGE SERVICING, INC.,et.:
al. :
          *Defendants.* :
-------------------------------------------------------------------------x

    Pursuant to the Provisions of Rule 41 (a)(1)(i), Gary Collins, Plaintiff herein, voluntarily dismisses, without prejudice, his claims in the above entitled action.

DATED: January 2, 2013          THE RESOLUTION LAW GROUP, P.C.

          */s/ R. Geoffrey Broderick*_____
          R. Geoffrey Broderick, Esq.
          *Admitted Pro Hac Vice*
          THE RESOLUTION LAW GROUP, P.C.
          500 West Putnam Avenue, Suite 400
          Greenwich, CT 06830
          Tel: (203) 542-7275
          Fax: (866) 217-1003

### AFFIDAVIT OF SERVICE

    I, R. Geoffrey Broderick, Esq. counsel for Plaintiffs in the above entitled action, hereby certify that a true and correct copy of the above pleading; specifically, the **NOTICE OF VOLUNTARY DISMISSAL**, was served on all counsel of record via the CM/ECF filing system at the time of electronic filing.

          */s/ R. Geoffrey Broderick*_____
          R. Geoffrey Broderick, Esq.
          THE RESOLUTION LAW GROUP, P.C.