UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LEELA ABRAHAM, et al.,                             : Case No.:  CV 12-4686 WFK JMA
                                                                   :            **ECF CASE**
           *Plaintiffs,*                       :
                                                                   :
    -against-                                    :            **STIPULATION**
                                                                   :
AMERICAN HOME MORTGAGE SERVICING, INC.,  :
et al.,                                                            :
           *Defendants.*                      :

-------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the under-signed counsel, that the time for the Defendant, PHH Mortgage Corporation d/b/a Coldwell Banker Mortgage, to answer, move, or otherwise respond to the Second Amended Complaint in this action, is extended to Tuesday, January 29, 2013.

IT IS FURTHER STIPULATED that Defendant PHH Mortgage Corporation d/b/a Coldwell Banker Mortgage, hereby acknowledges and accepts service of process in connection with the Second Amended Complaint, and any statutory notices accompanying same, contained therein and/or service thereof.

IT IS FURTHER STIPULATED that this Stipulation may be executed in counterparts, and that a fax or scanned copy shall have the same force and effect as that of an original. This Stipulation may be filed without further notice with the Clerk of Court.

DATED: January 10, 2013


_____
R. Geoffrey Broderick, Esq.
*Admitted Pro Hac Vice*
THE RESOLUTION LAW GROUP, P.C.
100 Park Avenue, Suite 1600
New York, NY 10017
Tel: (212) 351-5011
Fax: (212) 880-6499
geoffrey@theresolutionlawgroup.com
*Attorneys for Plaintiffs*

_____
Mitchel H. Kider, Esq.
WEINER BRODSKY KIDER PC
1300 19th Street NW, 5th Floor
Washington, DC 20036-1609
Tel: (202) 628-2000
Fax: (202) 628-2011
kider@thewbkfirm.com
Attorneys for Defendant
*PHH Mortgage Corporation
d/b/a Coldwell Banker Mortgage*

## CERTIFICATE OF SERVICE

I, R. Geoffrey Broderick, do hereby certify that, on January 11, 2013, I caused a copy of

the foregoing Stipulation to be served on all counsel of record by electronically filing it with the

Court.

R. Geoffrey Broderick, Esq.