K&L | GATES

K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100   www.klgates.com

January 23, 2013

Brian M. Forbes
D 617.261.3152
F 617.261.3175
brian.m.forbes@klgates.com

**COURTESY COPIES – DO NOT SCAN**
**ORIGINALS FILED BY ECF**

**Via Federal Express – Overnight Delivery**

Andrew Jackson
Case Manager for the
Hon. William F. Kuntz, II
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Abraham, et al. v. American Home Mortgage Servicing, Inc., et al.,
      Civil Action No. 1:12-cv-04686-WFK-JMA (E.D.N.Y.)

Dear Mr. Jackson:

The undersigned counsel represents Defendants Litton Loan Servicing LP ("Litton") and Ocwen Financial Corporation ("Ocwen Financial") in the above-referenced matter. Pursuant to the Court's Scheduling Order dated October 25, 2012 and the Court's Electronic Order dated November 14, 2012, I am enclosing courtesy copies of the following documents:

1. Defendant Litton Loan Servicing LP's Memorandum of Law in Support of Motion to Dismiss and Notice of Joinder (Docket Entry No. 232);

2. Reply Memorandum of Defendant Litton Loan Servicing LP in Support of Motion to Dismiss and Notice of Joinder (Docket Entry No. 245);

3. Ocwen Financial Corporation's Memorandum of Law in Support of Motion to Dismiss (Docket Entry No. 234);

4. The Declaration of Gina Johnson in Support of Ocwen Financial Corporation's Motion to Dismiss (Docket Entry No. 233);

5. Reply Memorandum of Ocwen Financial Corporation in Support of Motion to Dismiss (Docket Entry No. 244);

K&L|GATES

Andrew Jackson
January 23, 2013
Page 2

  6. Copy of a Cover Letter dated December 11, 2012 and addressed to Counsel of Record for Plaintiffs Enclosing for Service Litton's Memorandum of Law in Support of Motion to Dismiss and Notice of Joinder and Ocwen Financial's Memorandum of Law in Support of Motion to Dismiss; and

  7. Copy of a Cover Letter dated January 23, 2013 and addressed to Counsel of Record for Plaintiffs Enclosing for Service the Reply Memoranda in Support of the Motions to Dismiss of Litton and Ocwen Financial.

Please note that Litton and Ocwen Financial have also joined in the Defendants' Joint Motion to Sever and Dismiss Plaintiffs' Second Amended Complaint and the Memoranda filed in support of the Joint Motion.

Thank you for your attention to this matter, and please do not hesitate to contact me if you have any questions.

Very truly yours,

Brian M. Forbes

Enclosures

cc: Hon. Joan M. Azrack (w/o enclosures *via Federal Express*)
  Counsel of Record for Plaintiffs (w/o enclosures *via e-mail)*
  All Counsel of Record (w/o enclosures *via e-mail*)
  R. Bruce Allensworth, Esq. (w/p enclosures *via e-mail*)
  David S. Versfelt, Esq. (w/o enclosures *via e-mail*)