BRYAN CAVE

Scott H. Kaiser
Direct: (212) 541-1195
Fax: (212) 541-1375
scott.kaiser@bryancave.com

January 28, 2013

**VIA HAND DELIVERY**

Judge William F. Kuntz, II
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Abraham, et al. v. American Home Mortgage Servicing, et al.,*
        *Case No. 12-cv-4686 (E.D.N.Y.)*

Dear Judge Kuntz:

This firm represents defendants Bank of America, N.A. for itself and as successor in interest to BAC Home Loans Servicing, LP (sued herein as f/k/a Countrywide Home Loans Servicing), Countrywide Home Loans, Inc., and Merrill Lynch & Co., Inc. in the above-referenced action.

Enclosed with this letter, please find a courtesy copy of the following motion papers that were electronically filed on January 23, 2013.

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Sever and Dismiss Plaintiffs' "Second Amended" Complaint; and

- Declaration of Robert D. Shapiro in Opposition to Motion to Sever and Dismiss

Thank you for your consideration.

Respectfully submitted,

*Scott H. Kaiser*

Scott H. Kaiser

cc:     Geoffrey Broderick, Esq. and Robert Shapiro, Esq. (counsel for Plaintiffs)
        (via ECF, without enclosures)

**Bryan Cave LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave
International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*

www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo