UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LEELA ABRAHAM, et al., : Case No. 12-cv-4686-WFK-JMA
:
                Plaintiffs, :
:
    - against - :
:
AMERICAN HOME MORTGAGE SERVICING, :
INC., et al., :
:
                Defendants. :
------------------------------------------------------------------ x

SUPPLEMENTAL SUBMISSION OF DEFENDANTS
ALLY FINANCIAL INC.; AURORA LOAN SERVICES, LLC; BANK OF AMERICA, N.A., FOR ITSELF AND AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP; BAYVIEW LOAN SERVICING, LLC; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; CARRINGTON MORTGAGE SERVICES, LLC; CENLAR FSB; CITIMORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; EVERBANK SUCCESSOR BY MERGER TO EVERHOME MORTGAGE COMPANY; FLAGSTAR BANCORP, INC.; FNF SERVICING, INC. F/K/A LOANCARE SERVICING CENTER, INC.; GREEN TREE SERVICING LLC; HOMEWARD RESIDENTIAL, INC., F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.; HSBC MORTGAGE SERVICES, INC.; JPMORGAN CHASE BANK, N.A.; LITTON LOAN SERVICING LP; M&T BANK; MERRILL LYNCH & CO., INC.; MERSCORP, INC. N/K/A MERSCORP HOLDINGS, INC.; NATIONSTAR MORTGAGE, LLC; OCWEN FINANCIAL CORPORATION; PHH MORTGAGE CORPORATION; PNC BANK, NATIONAL ASSOCIATION; REGIONS BANK; SAXON MORTGAGE, INC.; SELECT PORTFOLIO SERVICING, INC.; SETERUS, INC.; SOVEREIGN BANK, N.A.; SPECIALIZED LOAN SERVICING, LLC; SUNTRUST MORTGAGE, INC.; U.S. BANK NATIONAL ASSOCIATION; VERICREST FINANCIAL, INC.; WELLS FARGO BANK, N.A.; AND WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY IN SUPPORT OF THEIR MOTION TO SEVER AND <u>DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT</u>

.

1715879.3

Defendants Ally Financial Inc.; Aurora Loan Services, LLC; Bank of America, N.A., (for itself and as successor by merger to BAC Home Loans Servicing, LP, incorrectly sued herein as f/k/a Countrywide Home Loan Servicing); Bayview Loan Servicing, LLC (incorrectly sued herein as Bayview); BB&T Corporation; Branch Banking and Trust Company; Carrington Mortgage Services, LLC; CENLAR FSB; CitiMortgage, Inc.; Countrywide Home Loans, Inc.; EverBank successor by merger to EverHome Mortgage Company; Flagstar Bancorp, Inc.; FNF Servicing, Inc. f/k/a LoanCare Servicing Center, Inc.; Green Tree Servicing LLC; Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.; HSBC Mortgage Services, Inc.; JPMorgan Chase Bank, N.A.; Litton Loan Servicing LP; M&T Bank; Merrill Lynch & Co., Inc.; MERSCORP, Inc. n/k/a MERSCORP Holdings, Inc.; Nationstar Mortgage, LLC; Ocwen Financial Corporation; PHH Mortgage Corporation; PNC Bank, National Association; Regions Bank; Saxon Mortgage, Inc.; Select Portfolio Servicing, Inc.; Seterus, Inc.; Sovereign Bank, N.A.; Specialized Loan Servicing, LLC; SunTrust Mortgage, Inc.; U.S. Bank National Association (incorrectly sued as "US Bancorp, a/k/a US Bank, N.A."); Vericrest Financial, Inc.; Wells Fargo Bank, N.A.; and Wells Fargo Bank, N.A. d/b/a America's Servicing Company (collectively, "Defendants") respectfully make this supplemental submission in support of their motion to sever and/or dismiss, in accordance with the Court's directive at the February 5, 2013 oral argument that the parties address any remaining open issues or inquiries made by the Court.

**I.   This Court Should Retain Jurisdiction Over Leela Abraham's Claims After Severing The Claims Of All Other Plaintiffs.**

At oral argument, drawing a parallel between this case and the case of *Abeel, et al. v. Bank of America, N.A., et al.*, (Case No. 12-CV-4269), presided over by Judge Weinstein, the Court specifically inquired whether the lead Plaintiff, Leela Abraham, should be remanded to

1715879.3

state court if the other Plaintiffs are dismissed as misjoined. (*See* Transcript of Oral Argument at page 14, lines 19 – 24, attached as Exhibit 1).

If the Court dismisses all Plaintiffs except Leela Abraham as misjoined, it would retain jurisdiction over Abraham and should dismiss her claims with prejudice for the reasons set forth in Defendants' Rule 12(b)(6) motion to dismiss. The Court is not divested of jurisdiction simply because of a post-removal finding of misjoinder. *See Weiner v. Snapple Bev. Corp.*, 2011 U.S. Dist. LEXIS 6094 (S.D.N.Y. Jan. 2011). In *Weiner*, a putative class action was removed to federal court pursuant to CAFA. The *Weiner* court denied the plaintiff's motion for class certification, leaving the court "to address the question of whether the denial of class certification divested this Court of subject matter jurisdiction over this case." *Id.* at *4. The court noted that, "[a]s it currently stands, the lawsuit does not satisfy the requirements of original diversity jurisdiction set forth in 28 U.S.C. § 1332(a)." *Id.* Nonetheless, the court noted that the appellate circuits that have considered the issue "have uniformly concluded that federal jurisdiction under CAFA does not depend on class certification." *Id.* at *5. The court held that it "retains jurisdiction over this case" because "federal jurisdiction is determined at the outset of the litigation." *Id.* at *5-6.

For the same reasons, this Court retains jurisdiction over Abraham, even if she is not in complete diversity with all Defendants because federal jurisdiction was determined at the outset of the litigation, when this case was properly removed under CAFA.[1]

---

[1] Because CAFA allows the Court to retain jurisdiction following a finding of misjoinder, it need not undertake an original diversity jurisdiction analysis pursuant to 28 U.S.C. § 1332(a). However, confirming the information provided in response to the Court's question during oral argument, Abraham, a citizen of New York, is a borrower of Bank of America, N.A., which is not a citizen of New York.

## II. Plaintiffs Have Already Been Provided The Opportunity To Amend The Complaint

At the oral argument, Plaintiffs argued that they should be provided leave to amend the Second Amended Complaint and permitted to file a Third Amended Complaint. Plaintiffs asserted that their Second Amended Complaint solely addressed correcting typographical errors and conforming with federal court requirements, whatever that may mean. (*See* Transcript of Oral Argument at page 37, lines 6-13 and page 43, lines 3-18, attached as Exhibit 1).

This assertion is not true. Plaintiffs had ample opportunity to make substantive revisions to the First Amended Complaint. For example, in an apparent response to a request made by counsel to J.P. Morgan Chase Bank N.A. that Plaintiffs' amended complaint "be required to tie each individual plaintiff to each individual defendant," and the Court's response to that request, "I won't tell plaintiff's counsel how to draft his Second Amended Complaint, but, obviously, to the extent he makes himself even more vulnerable to a motion to dismiss … that's a risk that he and his clients will be running or not running, as the case may be," Plaintiffs added Paragraphs 402 through 437 in an attempt to link each Plaintiff to a particular defendant. (*See* Transcript of Pre-Motion Conference at page 22, line 21 through page 23, line 16, attached as Exhibit 2). Responding to Plaintiffs' recognition that the First Amended Complaint contained "defects" that should be amended to give defendants a complaint "they can attack," (*Id.* at page 17, lines 20-22), the Court specifically noted that the Second Amended Complaint "gives the plaintiff an opportunity to modify – I won't say tweak, clean up – I will just say modify the Complaint." (*Id.* at page 19, lines 22 through 24). That Plaintiffs failed to take advantage of the opportunity provided by the Court to bolster their Second Amended Complaint should not subject the Defendants to additional motion practice.

Dated: February 15, 2013
New York, New York

3

1715879.3

| | |
|---|---|
| BRYAN CAVE LLP | BUCKLEYSANDLER LLP |
| | |
| By: /s/ Scott H. Kaiser | By: /s/ Matthew P. Previn |
|       Christine B. Cesare |       Matthew P. Previn |
|       Scott H. Kaiser | 1133 Avenue of the Americas, Suite 3100 |
| 1290 Avenue of the Americas | New York, New York  10036-6710 |
| New York, New York 10104 | Telephone: (212) 600-2310 |
| Telephone: (212) 541-2000 | Facsimile: (212) 600-2405 |
| Facsimile: (212) 541-4630 | mprevin@buckleysandler.com |
| cbcesare@bryancave.com | |
| scott.kaiser@bryancave.com | *Attorneys for JPMorgan Chase Bank, N.A.* |
| | |
|       Nafiz Cekirge | KNUCKLES KOMOSINSKI & ELLIOTT, LLP |
| 120 Broadway, Suite 300 | |
| Santa Monica, California  90401 | By:  /s/ Jordan J. Manfro |
| Telephone: (310) 576-2100 |       Jordan J. Manfro, Esq. |
| Facsimile: (310) 576-2200 | 565 Taxter Road, Suite 590 |
| nafiz.cekirge@bryancave.com | Elmsford, NY 10523 |
| | Telephone: (914) 345-3020 |
| *Attorneys for Bank of America, N.A., for itself* | Facsimile: (914) 366-0080 |
| *and as successor by merger to BAC Home Loans* | JJM@kkelaw.com |
| *Servicing, LP, Countrywide Home Loans, Inc.,* | |
| *and Merrill Lynch & Co., Inc.* | *Attorneys for Carrington Mortgage Services, LLC* |
| | *and Specialized Loan Servicing, LLC* |
| | |
| HOGAN LOVELLS US LLP | HUSCH BLACKWELL LLP |
| | |
| By: /s/ Allison J. Schoenthal | By:    /s/ JoAnn T. Sandifer |
|       Allison J. Schoenthal |       JoAnn T. Sandifer |
|       Lisa J. Fried | 190 Carondelet Plaza, Suite 600 |
| 875 Third Avenue | St. Louis, MO  63105 |
| New York, New York 10022 | Telephone:  (314) 480-1500 |
| Telephone: (212) 918-3000 | Facsmile:    (314) 480-1505 |
| Facsimile: (212) 918-3100 | JoAnn.Sandifer@huschblackwell.com |
| allison.schoenthal@hoganlovells.com | |
| lisa.fried@hoganlovells.com | Daniel P. Jaffe |
| | 60 East 42nd Street, Suite 4600 |
| *Attorneys for Defendants Flagstar* | New York, NY  10165 |
| *Bancorp, Inc., Seterus, Inc.,* | Telephone:  (212) 485-9805 |
| *Wells Fargo Bank, N.A. and* | Facsimile:   (314) 480-1505 |
| *Wells Fargo Bank, N.A. d/b/a* | Dan.Jaffe@huschblackwell.com |
| *America's Servicing Company* | |
| | *Attorneys for Defendant Regions Bank* |

4

1715879.3

DYKEMA GOSSETT PLLC

By: /s/ Richard E. Gottlieb
    Richard E. Gottlieb (RG 0935)
10 South Wacker, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
rgottlieb@dykema.com

*Attorneys for Defendant PNC Bank, National Association*

K&L GATES LLP

By:  /s/ R. Bruce Allensworth
    R. Bruce Allensworth, *pro hac vice*
    Brian M. Forbes, *pro hac vice*
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
bruce.allensworth@klgates.com
brian.m.forbes@klgates.com

David S. Versfelt (SBN 1379817)
599 Lexington Avenue
New York, NY 10022
Telephone.: 212.536.3900
Facsimile: 212.308.6661
david.versfelt@klgates.com

*Attorneys for Defendants Litton Loan Servicing LP and Ocwen Financial Corporation*

OTTERBOURG, STEINDLER, HOUSTON
    & ROSEN, P.C.

By:  /s/ Richard G. Haddad
    Richard G. Haddad (RG 6438)
    Member of the Firm
230 Park Avenue
New York, NY 10169-0075
Telephone: (212) 661-9100
Facsimile:  (212) 682-6104
rhaddad@oshr.com

*Attorneys for Defendant Ally Financial Inc.*

MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ Brian A. Herman
    Brian A. Herman
    David A. Snider
101 Park Avenue
New York, New York 10078
(212) 309-6909/6223
bherman@morganlewis.com
dsnider@morganlewis.com

Robert M. Brochin
200 South Biscayne Boulevard
Suite 5300
Miami, Florida 33131
(305) 415-3456
rbrochin@morganlewis.com

*Attorneys for Defendant MERSCORP, INC., n/k/a MERSCORP Holdings, Inc.*

5

1715879.3

HOUSER & ALLISON, APC

By: /s/ Mitra Paul Singh, Esq.
Mitra Paul Singh. Esq.
60 East 42nd Street, Suite 1148
New York, NY 10165
Telephone: (212) 490-3333
Facsimile: (212) 490-3332
msingh@houser-law.com

*Attorneys for Defendant Bayview Loan Servicing, LLC*

HODGSON RUSS LLP

By: /s/ S. Robert Schrager
S. Robert Schrager
1540 Broadway, 24th Floor
New York, NY 10036
Telephone: 212-751-4300
rschrager@hodgsonruss.com

*Attorneys for M&T Bank*

STEVENS & LEE, P.C.

By: /s/ Bradley L. Mitchell
Bradley L. Mitchell, Esq.
Constantine D. Pourakis, Esq.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: 212-319-8500
blm@stevenslee.com
cp@stevenslee.com

*Attorneys for Nationstar Mortgage, LLC and CENLAR FSB*

STAGG, TERENZI, CONFUSIONE & WABNIK

By: /s/ Jacqueline M. Della Chiesa
Jacqueline M. Della Chiesa
401 Franklin Ave, Suite 400
Garden City, NY 11530
Telephone: 516-812-4500
Facsimile: 516-812-4600
jdellachiesa@stcwlaw.com

*Attorney for Defendant Saxon Mortgage, Inc.*

PHILLIPS LYTLE LLP

By: /s/ Sean C. McPhee
Sean C. McPhee, Esq. (SM 7144)
Joseph B. Schmit, Esq. (JS 1243)
437 Madison Avenue, 34th floor
New York, New York  10022
Telephone:  (212) 759-4888
Facsimile:  (212) 308-9079
smcphee@phillipslytle.com
jschmit@phillipslytle.com

*Attorneys for Defendant HSBC Mortgage Services Inc.*

WEINER BRODSKY KIDER PC

By: /s/ Mitchel H. Kider
Mitchel H. Kider
1300 19th Street, N.W., 5th Floor
Washington, D.C. 20036
Telephone:  (202) 628-2000
Facsimile:  (202) 628-2011
kider@thewbkfirm.com

*Attorneys for Defendant PHH Mortgage Corporation*

6

1715879.3

| | |
|---|---|
| MAYER BROWN LLP | TROUTMAN SANDERS LLP |
| | |
| By: /s/   Thomas V. Panoff | By:  /s/ Stephen G. Rinehart |
| Matthew D. Ingber |         Stephen G. Rinehart, Esq. (SR-5527) |
| 1675 Broadway | The Chrysler Building |
| New York, New York 10019 | 405 Lexington Avenue |
| Telephone:  (212) 506-2500 | New York, NY  10174-0700 |
| Facsimile: (212) 262-1910 | Telephone: 212-704-6305 |
| mingber@mayerbrown.com | Facsimile: 212-704-5957 |
| | stephen.rinehart@troutmansanders.com |
| Lucia Nale (admitted *pro hac vice*) | |
| Thomas V. Panoff (admitted *pro hac vice*) | *Attorneys for BB&T Corporation, Branch Banking and Trust Company, and FNF Servicing, Inc. f/k/a Loan Care Servicing Center, Inc.* |
| 71 S. Wacker Drive | |
| Mayer Brown LLP | |
| Chicago, Illinois 60606 | |
| Telephone:  (312) 782-0600 | |
| Facsimile:  (312) 701-7711 | K&L GATES LLP |
| lnale@mayerbrown.com | |
| tpanoff@mayerbrown.com | By: /s/ John C. Blessington |
| |      Michael DeMarco, *pro hac vice* |
| *Attorneys for Defendant CitiMortgage, Inc.* |      John C. Blessington, *pro hac vice* |
| | State Street Financial Center |
| | One Lincoln Street |
| | Boston, MA  02111 |
| | Telephone: 617.261.3100 |
| | Facsimile: 617.261.3175 |
| | michael.demarco@klgates.com |
| | john.blessington@klgates.com |
| | |
| | Sarah P. Kenney |
| | 599 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: 212.536.3900 |
| | Facsimile: 212.536.3901 |
| | sarah.kenney@klgates.com |
| | |
| | *Attorneys for Defendant Sovereign Bank, N.A.* |

1715879.3

LOCKE LORD LLP

BY:  /s R. James DeRose, III
    R. James DeRose, III
    Joseph N. Froehlich

3 World Financial Center
New York, NY 10281
Tel:    212-415-8600
Fax:    212-303-1331
Email: rderose@lockelord.com
Email: jfroehlich@lockelord.com

OF COUNSEL

Thomas G. Yoxall

LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel:    214-740-8000
Fax:    214-740-8800
Email: tyoxall@lockelord.com

-AND-

Thomas J. Cunningham (admitted pro hac vice)
J. Matthew Goodin (admitted pro hac vice)

LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel:    312-443-0700
Fax:    312-443-0336
Email: tcunningham@lockelord.com
Email: jmgoodin@lockelord.com

*Attorneys for Aurora Loan Services, LLC; Select Portfolio Servicing, Inc.; U.S. Bank National Association (incorrectly named as " US Bancorp, a/k/a US Bank, N.A"); and Vericrest Financial, Inc.*

SNR DENTON US LLP

By: /s/ Patrick E. Fitzmaurice
    Patrick E. Fitzmaurice (PF 8648)
1221 Avenue of the Americas
New York, NY 10020
Telephone. 212.768.6700
Facsimile. 212.768.6800
patrick.fitzmaurice@snrdenton.com

*Attorneys for Defendants EverBank successor by merger to EverHome Mortgage Company and SunTrust Mortgage, Inc.*

HINSHAW & CULBERTSON LLP

By:  /s/ Schuyler B. Kraus
    Schuyler B. Kraus (SK 8105)
    Ali Ryan Amin (AA 8508
780 Third Avenue, 4th Floor
New York, NY 10017
Telephone: 212-471-6200
Facsimile: 212-935-1166
skraus@hinshawlaw.com
AAmin@hinshawlaw.com

*Attorneys for Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc*

CARTER, CONBOY, CASE, BLACKMORE, MALONEY & LAIRD, P.C.

By:  /s/ James A. Resila
    James A. Resila (JR 1748)
20 Corporate Woods Boulevard
Albany, NY 12211-2362
Telephone: 518-465-3484
jresila@carterconboy.com

*Attorneys for Green Tree Servicing, LLC*