UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------- x
LEELA ABRAHAM, et al.,            :   Case No. 12-cv-4686-WFK-JMA
                                  :
                    Plaintiffs,   :
                                  :
        - against -               :
                                  :
AMERICAN HOME MORTGAGE SERVICING, :
INC., et al.,                     :
                                  :
                    Defendants.   :
---------------------------------- x

## DECLARATION IN SUPPORT OF STATE FARM REALTY MORTGAGE, LLC'S MOTION TO SEVER AND TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AS ALLEGED AGAINST STATE FARM

Douglas E. Fleming III, under penalty of perjury, declares as follows:

1. I am a member of the bar of this Court and Counsel to the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants State Farm Realty Mortgage, LLC (incorrectly listed as also known as State Farm Bank, FSB) ("State Farm"), in this action.

2. I respectfully submit this declaration to transmit to the Court certain documents in further support of Defendant State Farm's Motion to Sever and to Dismiss Plaintiffs' Second Amended Complaint As Alleged Against State Farm.

3. Annexed hereto are true and correct copies of the following documents:

Exhibit A:   Plaintiffs' Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in New York, New York on February 8, 2013.

                Respectfully submitted,

                / Douglas E. Fleming III
                Douglas E. Fleming III
                (Douglas.Fleming@skadden.com)
                SKADDEN, ARPS, SLATE,
                MEAGHER & FLOM LLP
                Four Times Square
                New York, New York 10036
                (212) 735-3000
                *Attorneys for Defendant State Farm Realty*
                *Mortgage, LLC (incorrectly listed as*
                *also known as State Farm Bank, FSB)*