**UNITED STATES DISTRICT COURT**

FOR THE

**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **Douglas C Palmer**<br>Clerk of Court<br><br>**Brenna Mahoney**<br>Chief Deputy<br><br>**Michael J. Kramer**<br>Chief Deputy |  | Theodore Roosevelt Federal Courthouse<br>Emanuel Cellar Federal Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br>(718) 613-2270<br><br>Alfonse D'Amato Federal Courthouse<br>100 Federal Plaza<br>Central Islip, NY 11722<br>(718) 613-2270 |

October 26, 2021

**BY ECF AND OVERNIGHT MAIL**

(Please see attached distribution list for counsel receiving this communication.)

In re: Abraham et al v. American Home Mortgage Servicing, Inc. et al, 1:12-cv-4686-WFK-JXA

Dear Counsel,

      I have been contacted by Judge William F. Kuntz, II, who presided over the above-mentioned case. Judge Kuntz informed me that it has been brought to his attention that while he presided over the case he owned stock in "US Bank". His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Kuntz directed that I notify the parties of the conflict.

      Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A]judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

      Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

      With Advisory Opinion 71 in mind, you are invited to respond to Judge Kuntz's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before

November 10, 2021. Any response will be considered by another judge of this court without the participation of Judge Kuntz.

                                    Sincerely,

                                    Douglas C. Palmer
                                    Clerk of Court

Distribution List - Counsel of Record

| | | |
|---|---|---|
| **Janine Zimmerman Schatz**<br>The Resolution Law Group, P.C.<br>100 Park Avenue, Suite 1600<br>New York, NY 10017 | **Geoffrey R. Broderick**<br>The Resolution Law Group, P.C.<br>500 West Putnam Avenue, Suite 400<br>Greenwich, CT 06830 | **Nafiz Cekirge**<br>120 Broadway<br>Ste. 300<br>Santa Monica, CA 90401 |
| **Scott Harris Kaiser**<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300 | **Matthew D. Ingber**<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 | **Lucia Nale**<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| **Thomas V. Panoff**<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | **Jacqueline Della Chiesa**<br>Stagg, Terenzi, Confusione & Wabnik LLP<br>401 Franklin Avenue Suite 300<br>Garden City, NY 11530 | **Justin Michael Rowe**<br>Stagg, Terenzi, Confusione & Wabnik<br>401 Franklin Ave, Suite 400<br>Garden City, NY 11530 |
| **James A. Resila**<br>Carter Conboy, et al<br>20 Corporate Woods Boulevard<br>Albany, NY 12211 | **Michael J. Catalfimo**<br>Carter Conboy Case Blackmore Maloney & Laird P.C.<br>20 Corporate Woods Boulevard<br>Albany, NY 12211 | **Tyler Jay Kandel**<br>Emmet, Marvin & Martin, LLP<br>120 Broadway 32nd Floor<br>New York, NY 10271 |
| **Mordechai Geisler**<br>Emmet Marvin & Martin LLP<br>120 Broadway 32nd Floor<br>New York, NY 10271 | **Matthew P. Previn**<br>Buckley Sandler LLP<br>1133 Avenue of the Americas Ste 3100<br>New York, NY 10036 | **Allison J. Schoenthal**<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, NY 10022 |
| **Lisa Fried**<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, NY 10022 | **James M. Goodin**<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | **Joseph N. Froehlich**<br>Locke Lord LLP<br>3 World Financial Center<br>New York, NY 10281 |
| **Thomas J. Cunningham**<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | **Mitra Singh**<br>Houser & Allison, APC<br>60 East 42 Street Suite 1148<br>New York, NY 10165 | **Stephen George Rinehart**<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| **Mitchel H. Kider**<br>Weiner Brodsky Kider PC<br>1300 19th Street, N.W. 5th Fl<br>Washington, DC 20036-1609 | **Sean C. McPhee**<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203 | **Joseph B. Schmit**<br>Phillips Lytle LLP<br>437 Madison Avenue 34th Floor<br>New York, NY 10022 |
| **Bradley L. Mitchell**<br>Stevens & Lee<br>600 College Road East Ste 4400<br>Princeton, NJ 08540 | **Constantine D. Pourakis**<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | **David S. Versfelt**<br>Kirkpatrick Lockhart Preston Gates Ellis LLP<br>599 Lexington Ave.<br>New York, NY 10022-6030 |

(continued)

| | | |
|---|---|---|
| **Robert Bruce Allensworth**<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | **Brian M. Forbes**<br>K&L Gates LLP<br>One Lincolon Street<br>Boston, MA 02111 | **William M. Rifkin**<br>Belkin, Burden, Weing & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| **S. Robert Schrager**<br>Hodgson Russ LLP<br>1540 Broadway 24th Flr.<br>New York, NY 10036 | **Ali Ryan Amin**<br>Hinshaw & Culbertson, LLP<br>780 Third Avenue 4th Floor<br>New York, NY 10017 | **Schuyler Blake Kraus**<br>Hinshaw & Culbertson<br>780 Third Avenue 4th floor<br>New York, NY 10017-2024 |
| **Cori Ann Rosen**<br>Rosenberg & Estis PC<br>733 Third Avenue<br>New York, NY 10022 | **Richard Eric Gottlieb**<br>Dykema Gossett PLLC<br>One IBM Plaza<br>10 South Wacker Drive Ste 2300<br>Chicago, IL 60606 | **Thomas A. Leghorn**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3 Gannet Drive<br>White Plains, NY 10604 |
| **Daniel Paul Jaffe**<br>Husch Blackwell Sanders LLP<br>190 Carondelet Plaza Suite 600<br>Saint Louis, MO 63105 | **JoAnn T. Sandifer**<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>Saint Louis, MO 63105 | **Jordan Jayce Manfro**<br>Knuckles, Komosinski & Elliott, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523 |
| **R. James Jude De Rose , III**<br>Locke Lord Bissell & Liddell LLP<br>3 World Financial Center<br>New York, NY 10281 | **Sarah Peck Kenney**<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>599 Lexington Avenue<br>New York, NY 10022 | **Douglas E. Fleming**<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue 22nd floor<br>New York, NY 10010 |
| **Patrick Edmund Fitzmaurice**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | **Brian A. Herman**<br>Morgan, Lewis & Bockuis, LLP<br>101 Park Aevnue<br>New York, NY 10178 | **David Abraham Snider**<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |
| **Joanna C. Hendon**<br>Morgan Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178 | **Richard Gerard Haddad**<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169 | |